# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEVIN PICKERING,

    Plaintiff,

v.                                                      Case No:   6:21-cv-608-GAP-EJK

UNITED AIRLINES, INC.,

    Defendant.

## ORDER

This case is before the Court on several documents filed after the Court granted Defendant United Airlines, Inc.'s ("United") Motion to Enforce the Parties' Settlement Agreement (Doc. 28).

The parties originally settled this dispute for $6,750. After Plaintiff Kevin Pickering ("Pickering") refused to finalize the settlement agreement, the Court granted United's Motion to Enforce the Parties' Settlement Agreement. In that Order, the Court asked the former counsel for Pickering to file a claim for attorney's fees and ordered United to file an itemized request for attorney's fees incurred in bringing the Motion to Enforce. Doc. 28 at 6. Pickering was given 14 days to respond to each of the requested pieces of information. *Id.* No response was filed.

After considering these documents, the Court resolves this issue as follows:

*Former Counsel's Fees*. Michael G. Mann, Pickering's former attorney, is entitled to costs. *See* Doc. 29. He is also entitled to 40% of the settlement fund after costs are removed. *Id.* Costs incurred plus forty percent of the settlement fund (after taking out these costs) equals $2,957.88. The Court construes Mr. Mann's "Notice of Attorneys' Fees and Costs" as a motion for fees and will grant that motion. United will be directed to pay this amount to Mr. Mann.

*United's Attorney's Fees*. United is entitled to its fees incurred in bringing the Motion to Enforce. The settlement agreement provides that, if Pickering breaches the agreement, United would be "entitled to recover reasonable attorney's fees and other costs in a proceeding to enforce any of the provisions of this Agreement." Doc. 19 at 14. The Court has reviewed the fees that United's counsel claims it incurred in enforcing the settlement agreement and finds these fees to be reasonable. Therefore, the Court will direct United to pay $2,742.10—from the settlement fund—to its lawyers.

With those deductions, $1,050.02 remains in the settlement fund. That amount will be remitted to Pickering.

It is therefore **ORDERED** that:

1) The Notice of Attorneys' Fees and Costs filed by Mr. Mann is construed as a Motion for Attorneys' Fees and Costs and is **GRANTED**. United shall pay Mr. Mann $2,957.88.

2) United's counsel is entitled to $2,742.10 in attorneys' fees incurred in bringing the Motion to Enforce. United is directed to pay its counsel that sum.

3) United is further directed to pay Plaintiff Kevin Pickering $1,050.02. The Clerk is directed to enter judgment for Pickering in this amount and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 26, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party